AO 440 (Rev. 10/93) Summons in a Civil Action    RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, AND EXHIBITS 1-7 |
| EFFECTED (1) BY ME: | KELVI FRIAS |
| TITLE: | PROCESS SERVER    DATE: 12/05/2007 12:06PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JOSHUA SAFRIN

Place where served:

50 RIVERSIDE DR. #2A NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOE KELEMER

Relationship to defendant: _____

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

ACCEPTED BY PERSONAL ASSISTANCE/PERSONAL SECRECARY. ENTITY IS OUT THE COUNTRY FOR THE JEWISH HOLIDAY.

## STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/05/2007                 _____ L.S.
SIGNATURE OF KELVI FRIAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARC D. YOUNGELSON, ESQ. |
| PLAINTIFF: | AMUSEMENT INDUSTRY, INC. ET AL |
| DEFENDANT: | MOSES STERN, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 10717 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ROSEMARY RAMOS  12/5/07
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 200_