AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, AND EXHIBITS 1-7 |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK |
| TITLE: | PROCESS SERVER   DATE: 12/04/2007 03:19PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LAND TITLE ASSOCIATES AGENCY, LLC

Place where served:

1979 MARCUS AVE. SUITE 209 LAKE SUCCESS NY 11042

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

EPHRAIM FRANKEL

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/04/2007   _____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARC D. YOUNGELSON, ESQ. |
| PLAINTIFF: | AMUSEMENT INDUSTRY, INC. ET AL |
| DEFENDANT: | MOSES STERN, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 10717 |

12/04/07
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.