

AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, AND EXHIBITS 1-7 |
| EFFECTED (1) BY ME: | NICHOLAS JAVAS |
| TITLE: | PROCESS SERVER    DATE: 12/03/2007  09:30PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

EPHRAIM FRANKEL

Place where served:

6747 170TH STREET  FRESH MEADOWS NY 11365

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

EPHRAIM FRANKEL

Relationship to defendant: SELF

Description of person accepting service:

SEX: M    AGE: 51-65    HEIGHT: 5'9"-6'0"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: GRAY    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12 / 04 / 20 07        _____ L.S.
SIGNATURE OF NICHOLAS JAVAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

1/26/20/21
2/28/08

| | |
|---|---|
| ATTORNEY: | MARC D. YOUNGELSON, ESQ. |
| PLAINTIFF: | AMUSEMENT INDUSTRY, INC. ET AL |
| DEFENDANT: | MOSES STERN, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 10717 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.