AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, AND EXHIBITS 1-7 |
| EFFECTED (1) BY ME: | JOHN OBIE |
| TITLE: | PROCESS SERVER    DATE: 12/03/2007  08:50AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

FIRST REPUBLIC GROUP, LLC

Place where served:

25 ROBERT PITT DR.  MONSEY NY 10952

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

FLORENCE VOGEL

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

WAITED ONE HOUR UNTIL SOMEONE SHOWED UP

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____      SERVICES $ _____ . _____      TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/03/20 07

_____ L.S.
SIGNATURE OF JOHN OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARC D. YOUNGELSON, ESQ. |
| PLAINTIFF: | AMUSEMENT INDUSTRY, INC. ET AL |
| DEFENDANT: | MOSES STERN, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CV 10717 |

12/03/07
JAZMELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

S R