UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AMUSEMENT INDUSTRY, INC., et al.,

                Plaintiffs,

      -against-                                        07 Civ. 10717 (LAK)

MOSES STERN, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                       **ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

LEWIS A. KAPLAN, *District Judge.*

        The action is dismissed for lack of subject matter jurisdiction for the reasons indicated in DI 3.

        SO ORDERED.

Dated:      December 18, 2007

                                                                                                     Lewis A. Kaplan
                                                                          United States District Judge